1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  COURTNEY FEIN, Bar #244785
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  (916) 498-5700

5  Attorney for Defendant
   JOHN ALARCON
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
    UNITED STATES OF AMERICA,       )   NO. CR.S-11-035-JAM
11                                   )
                   Plaintiff,        )   **STIPULATION AND ORDER;
12                                   )   CONTINUING STATUS
            v.                       )   CONFERENCE AND EXCLUDING
13                                   )   TIME**
    JOHN ALARCON,                    )
14                                   )   Date: January 31, 2012
                   Defendant.        )   Time: 9:30 a.m.
15  _____  )   Judge: Hon. John A. Mendez

16

17         IT IS HEREBY STIPULATED by and between the parties hereto through their

18  respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for

19  Plaintiff, and COURTNEY FEIN, attorney for JOHN ALARCON, that the status conference

20  hearing date of December 6, 2011 be vacated, and the matter be set for status conference on

21  January 31, 2012 at 9:30 a.m..

22         The reason for this continuance is to allow defense counsel additional time to review

23  the discovery, consult with her client, examine possible defenses, and continue investigating

24  the facts of the case.

25         Based upon the foregoing, the parties agree that the time under the Speedy Trial Act

26  should be excluded from the date of signing of this order through and including January

27  / / /

28  / / /

31, 2012 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: December 2, 2011.   Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender

/s/ Courtney Fein
COURTNEY FEIN
Designated Counsel for Service
Attorney for JOHN ALARCON

DATED: December 2, 2011.   BENJAMIN WAGNER
United States Attorney

/s/ William Wong
WILLIAM WONG
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the December 6, 2011, status conference hearing be continued to January 31, 2012, at 9:30 a.m.. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the January 31, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: 12.2.2011   /s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge