BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CR-00035-JAM |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| JOHN REILLY ALARCON, | |
| Defendant. | |

WHEREAS, on or about May 18, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant John Reilly Alarcon, forfeiting to the United States the following property:

    (a)    One Kimber, .45 caliber semi-automatic handgun, serial number KU4850; and

    (b)    Interarms Revolver, .38 caliber, serial number W217682.[1]

AND WHEREAS, beginning on May 20, 2012, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the

---

[1] This asset was erroneously described as an Amadeo Rossi, .38 caliber revolver, serial number W217682 in the Indictment, Plea Agreement, and Preliminary Order of Forfeiture.

1

**Final Order of Forfeiture**

Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of John Reilly Alarcon.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Bureau of Alcohol, Tobacco, Firearms and Explosives shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 23rd day of August, 2012.

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge